UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Mbody Minimally Invasive
Surgery, P.C, et al.,

                                Plaintiffs,

    - against -

United Healthcare Insurance
Company, et al.,

                               Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/6/2014

**RESCHEDULING NOTICE**

14 Civ. 2495(ER)

The above case previously scheduled for October 10, 2014, at 11:45 am, **is hereby rescheduled until October 10, 2014 at 10:30 am** in Courtroom 619 before the Hon. Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

                                                 _____
                                                 Jazmin Rivera, Courtroom Deputy

Dated:     New York, New York
              October 6, 2014