AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MBODY MINIMALLY INVASIVE SURGERY, P.C. et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-2595 |
| UNITED HEALTHCARE INSURANCE CO. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs MBody Minimally Invasive Surgery, P.C., Nick Gabriel, D.O., Jodie Brewer and Erin Nastro     .

Date:     10/15/2014

/s/ Anthony F. Maul
*Attorney's signature*

Anthony F. Maul (AM3513)
*Printed name and bar number*
The Maul Firm, P.C.
68 Jay Street, Suite 201
Brooklyn, NY 11201

*Address*

afmaul@maulfirm.com
*E-mail address*

(718) 310-3704
*Telephone number*

(866) 488-7936
*FAX number*