AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MBody Minimally Invasive Surgery, P.C., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-02495-ER |
| United Healthcare Insurance Company, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs MBody Minimally Invasive Surgery, P.C., Nick Gabriel D.O., Jordi Brewer and Erin Nastro .

Date: 10/20/2014

s/ Jason S. Cowart
*Attorney's signature*

Jason S. Cowart (JC1437)
*Printed name and bar number*
Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st Floor
New York, NY 10036

*Address*

jcowart@zuckerman.com
*E-mail address*

(212) 704-9600
*Telephone number*

(212) 704-4256
*FAX number*