UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/22/2014
```

MBODY MINIMALLY INVASIVE SURGERY, P.C., NICK GABRIEL, D.O., JODIE BREWER, and ERIN NASTRO,

      Plaintiffs,

- against -

UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE OF NEW YORK, UNITED HEALTHCARE SERVICE, LLC, and UNITED HEALTHCARE SERVICES, INC.,

      Defendants.

**ORDER**

14 Civ. 2495 (ER)

RAMOS, D.J.:

  On October 21, 2014, Thomas J. Force, an attorney retained by Plaintiffs, filed a motion to withdraw as counsel in the above-captioned matter. Plaintiffs are now represented by other counsel of record, including Anthony F. Maul of the Maul Firm, P.C., and D. Brian Hufford and Jason S. Cowart of Zuckerman Spaeder LLP, who filed notices of appearance on October 15 and October 20, 2014. Mr. Force's motion to withdraw is hereby GRANTED.

  SO ORDERED.

Dated: October 22, 2014
   New York, New York

                  Edgardo Ramos, U.S.D.J.