UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MBODY MINIMALLY INVASIVE SURGERY, P.C., NICK GABRIEL, D.O., JODIE BREWER, and ERIN NASTRO,

                    Plaintiffs,

against

UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE OF NEW YORK, UNITED HEALTHCARE SERVICE, LLC, and UNITED HEALTHCARE SERVICES, INC.,

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/23/2014

**ORDER**

14 Civ. 2495 (ER)

RAMOS, D.J.:

On October 17, 2014, Defendants filed a petition for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Plaintiffs and their counsel, during the pendency of this action, from certain actions and forms of communication regarding the subject matter of this litigation. A hearing was held on October 23, 2014. For the reasons set forth on the record, the petition for a preliminary injunction is hereby DENIED.

SO ORDERED.

Dated: October 23, 2014
       New York, New York

                                      Edgardo Ramos, U.S.D.J.