UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | |
|---|---|
| MBODY MINIMALLY INVASIVE SURGERY, P.C.    Plaintiff, | Case No.  14-cv-2495 |
| -against- | |
| UNITED HEALTHCARE INSURANCE COMPANY    Defendant. | |

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Jason S. Cowart_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JC-1437_____   My State Bar Number is 3061769_____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Zuckerman Spaeder LLP
             FIRM ADDRESS: 1185 Ave of the Americas, 31 Fl., NY NY 10036
             FIRM TELEPHONE NUMBER: (212) 704-9600
             FIRM FAX NUMBER: (212) 704-4256

NEW FIRM:    FIRM NAME: Zuckerman Spaeder LLP
             FIRM ADDRESS: 399 Park Ave., 14th Fl., New York, NY 10022
             FIRM TELEPHONE NUMBER: (212) 704-9600
             FIRM FAX NUMBER: (212) 704-4256

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/18/2014                          s/ Jason S. Cowart_____
                                           ATTORNEY'S SIGNATURE