**MEMO ENDORSED**

# Sedgwick LLP

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/9/2015

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

January 9, 2015

The application is ✓ granted.
___ denied.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 1/9/15
New York, New York 10007

*Via Facsimilie (212-805-0294)*

Hon. Edgardo Ramos, U.S.D.J.
United States District Court For
The Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Mbody Minimally Invasive Surgery, P.C.* v. *UnitedHealthCare Insurance Company, et al.*
      Civ. Act. No.:        14-cv-2495
      Sedgwick File No.:    03246-000239

Dear Judge Ramos:

This office represents Defendants in the above-referenced action. In accord with the Court's direction at the pre-motion conference held on December 31, 2014, the parties jointly submit this letter to request that the Court issue an order referring this matter to the Court's Mediation Program.

We also respectfully request that the Court adjourn the briefing schedule on Defendants' proposed motion to dismiss so that the parties can focus on mediation. If the mediation does not result in a resolution of the matter or the issues that form the basis for Defendants' proposed motion, counsel will so advise the Court and will submit a proposed briefing schedule for Defendants' motion to dismiss.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

MHB

cc:   Anthony F. Maul, Esq.
      D. Brian Hufford, Esq.
      Jason S. Cowart, Esq.

19790769v1