```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MBODY MINIMALLY INVASIVE
SURGERY, P.C., et al.,

                       Plaintiffs,

        -against-                                                         MEDIATION
                                                                          REFERRAL ORDER
UNITED HEALTHCARE INSURANCE
COMPANY., et al.,                                                         14 Civ. 2495 (ER)

                       Defendants.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/9/2015

Ramos, D.J.:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: New York, New York
       January 9, 2015

                                                              _____
                                                              Edgardo Ramos, U.S.D.J