UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __10/8/2015__

MBODY MINIMALLY INVASIVE
SURGERY, P.C., et al.,

                     Plaintiff,

-against-

UNITED HEALTHCARE INSURANCE
COMPANY, et al.,

                     Defendant.

**ORDER**

14 Civ. 2495 (ER)

<u>Ramos, D.J.</u>:

       On January 9, 2015, upon the parties' joint request, the instant action was referred to the Court-annexed Mediation Program ("Mediation"). Doc. 29. On October 10, 2015, Mediation issued a final report stating that it was unsuccessful in resolving any issue in the case. Doc. 33. The parties are directed to submit a letter addressing the status of this case by Thursday, October 19, 2015.

It is SO ORDERED.

Dated:  New York, New York
          October 8, 2015

                                                                                             _____
                                                                                         Edgardo Ramos, U.S.D.J.