ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK  10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*212.898.4011*
*michael.bernstein@sedgwicklaw.com*

October 19, 2015

*Via E-mail*

Hon. Edgardo Ramos
United States District Judge
United States District Court For The
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:  *Mbody Minimally Invasive Surgery, P.C.* v. *UnitedHealthCare Insurance Company, et al.*
     Civ. Act. No. 14-cv-2495
     File No. 03246-000239


Dear Judge Ramos:

      This office represents Defendants in the above-referenced action.  In accord with the Your Honor's Order issued October 8, 2015 (Doc. No. 34), we submit this joint letter with consent and on behalf of all parties to advise the Court of the status of the case after mediation.

      In their letter dated December 8, 2014, Defendants had requested a pre-motion conference to set a briefing schedule for their proposed motion to dismiss the Amended Complaint.  (Doc. No. 23).  At the conference held on December 31, 2014, the Court granted Defendants leave to file their proposed motion to dismiss and agreed to stay the motion briefing if the parties agreed to mediate this matter. (Doc. No. 28).  Over the next few months, the parties engaged in good faith negotiations with a court-appointed mediator.  However, the matter could not be resolved at mediation, despite the parties' best efforts to do so.  The parties agreed that they will continue to discuss settlement but see no reason that these discussion must be done with the mediator or require any further delay in the litigation of this case. Now that the case has been returned to the Court, Defendants intend to file their proposed motion to dismiss.

      Counsel for the parties have discussed a briefing schedule for this motion and have agreed to the following proposal:

| Description | Date |
| --- | --- |
| Last day for Defendants to file motion to dismiss | December 11, 2015 |

82266109v1

Hon. Edgardo Ramos, U.S.D.J.
Re:  Mbody Minimally Invasive Surgery, P.C. v. UnitedHealthCare Insurance Company, et al.
October 19, 2015
Page 2

| Description | Date |
| --- | --- |
| Last day for Plaintiffs to file opposition to motion to dismiss | January 15, 2016 |
| Last day for Defendants to file reply on motion to dismiss | January 29, 2016 |

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB/JTS
cc:      Anthony F. Maul, Esq.
         D. Brian Hufford, Esq.

82266109v1