Ramos, E.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MBODY MINIMALLY INVASIVE SURGERY, P.C., NICK GABRIEL, D.O., JODIE BREWER and ERIN NASTRO,

                          Plaintiff,

     -against-

UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE OF NEW YORK, UNITED HEALTHCARE SERVICE, LLC, and UNITED HEALTHCARE SERVICES, INC.,

                         Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/10/2015

Civil Act. No.: 14-cv-2495(ER)

**STIPULATION AS TO EXTENSION OF BRIEFING SCHEDULE ON MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of all parties, that the briefing schedule for Defendants' proposed motion to dismiss is extended as follows:

| Description | Original Date | Proposed Date |
| --- | --- | --- |
| Last day for Defendants to file motion to dismiss | December 11, 2015 | December 18, 2015 |
| Last day for Plaintiffs to file opposition to motion to dismiss | January 15, 2016 | January 22, 2016 |
| Last day for Defendants to file reply on motion to dismiss | January 29, 2016 | February 4, 2016 |

DATED: New York, New York

ANTHONY F. MAUL
THE MAUL FIRM, P.C.
68 Jay Street, Suite 201
Brooklyn, NY 11201
(718) 310-3704
afmaul@maulfirm.com

D. BRIAN HUFFORD
JASON COWART
ZUCKERMAN SPAEDER LLP
399 Park Avenue, 14th Floor
New York, NY 10022
(212) 704-9600
dbhufford@zuckerman.com
*Attorneys for Plaintiffs*

        ISSUED: December 10, 2015

MICHAEL H. BERNSTEIN
JOHN T. SEYBERT
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, NY 10281
212.422.0202
michael.bernstein@sedgwicklaw.com
*Attorneys for Defendants*

_____
HON. EDGARDO RAMOS, U.S.D.J.

19622072v1