UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBODY MINIMALLY INVASIVE SURGERY, P.C., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 14-cv-2495(ER) |

## NOTICE OF DISMISSAL

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by their undersigned counsel, hereby give notice that they voluntarily dismiss, without prejudice, the claims asserted by Plaintiffs Jodie Brewer and Erin Nastro, as well as all claims for relief relating to health insurance claims under the UnitedHealthcare MedicareComplete Choice (Regional PPO) plan.

Respectfully submitted,
January 22, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Anthony F. Maul
　　　　　　　　　　　　　　　　　　　　Anthony F. Maul
　　　　　　　　　　　　　　　　　　　　THE MAUL FIRM, P.C.
　　　　　　　　　　　　　　　　　　　　68 Jay Street, Suite 201
　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　　718.310.3704
　　　　　　　　　　　　　　　　　　　　866.488.7936 (fax)

　　　　　　　　　　　　　　　　　　　　D. Brian Hufford
　　　　　　　　　　　　　　　　　　　　Jason S. Cowart
　　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　14th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　212.704.9600
　　　　　　　　　　　　　　　　　　　　212.704.4256 (fax)

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*