UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBODY MINIMALLY INVASIVE SURGERY, P.C., *et al.*,<br><br>                              Plaintiffs,<br>                v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, *et al.*,<br><br>                              Defendants. | Civil Action No. 14-cv-2495(ER) |

## NOTICE OF CROSS-MOTION FOR LEAVE TO AMEND PLEADINGS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that, upon the supporting Memorandum of Law and Declaration of Anthony F. Maul filed herewith, Plaintiffs, by their undersigned counsel, hereby cross-move for leave to amend their pleadings pursuant to Fed. R. Civ. P. 15(a)(2).

Respectfully submitted,
January 22, 2016

/s/ Anthony F. Maul
Anthony F. Maul
THE MAUL FIRM, P.C.
68 Jay Street, Suite 201
Brooklyn, NY 11201
718.310.3704
866.488.7936 (fax)

D. Brian Hufford
Jason S. Cowart
ZUCKERMAN SPAEDER LLP
399 Park Avenue,
14th Floor
New York, NY 10022
212.704.9600
212.704.4256 (fax)

*Counsel for Plaintiffs*