UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/25/2016

MBODY MINIMALLY INVASIVE SURGERY, P.C., *et al.*,

                Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE COMPANY, *et al.*,

                Defendants.

Civil Action No. 14-cv-2495(ER)

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by their undersigned counsel, hereby give notice that they voluntarily dismiss, without prejudice, the claims asserted by Plaintiffs Jodie Brewer and Erin Nastro, as well as all claims for relief relating to health insurance claims under the UnitedHealthcare MedicareComplete Choice (Regional PPO) plan.

Respectfully submitted,
January 25, 2016

*[signature]*

Anthony F. Maul
THE MAUL FIRM, P.C.
68 Jay Street, Suite 201
Brooklyn, NY 11201
718.310.3704
866.488.7936 (fax)

D. Brian Hufford
Jason S. Cowart
ZUCKERMAN SPAEDER LLP
399 Park Avenue
14th Floor
New York, NY 10022
212.704.9600
212.704.4256 (fax)

*Counsel for Plaintiffs*

SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J
Dated: 1/25/2016
New York, New York